PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: 510-970-4864
      Facsimile: (415) 744-0134
      E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRITTANY AWES-TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-00707-KES-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended fourteen (14) days from October 16, 2024, up to and including October 30, 2024.  This is the parties' first stipulation for an extension of the Court's Scheduling Order, and Defendant's first extension.

    This is Defendant's first request for an extension, and it is made with good cause. Undersigned counsel for Defendant has six briefs due by mid-October 2024, including this one. Moreover, counsel has been called for potential jury duty beginning October 15, 2024.  Thus,

Defendant requires an extension in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  October 4, 2024         */s/  Jonathan Omar Pena\**
JONATHAN OMAR PENA
Attorney for Plaintiff
**as authorized via e-mail on October 4, 2024*

Dated: October 4, 2024          PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:     /s/  Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED that Defendant shall have an extension, up to and including **October 30, 2024** to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **October 7, 2024**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 1:23-cv-01289-NODJ-GSA                   2