UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY AWES-TAYLOR, | No.  1:24-cv-00707-KES-BAM |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 16) |
| Defendant. | |

On October 23, 2024, the parties filed a stipulation to voluntary remand this case pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. 16.  Based upon the terms of the stipulation, the court ORDERS:

1.  The matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' stipulation (Doc. 16);

3.  Plaintiff's motion for summary judgment (Doc. 12) is terminated as moot; and

4.  The Clerk of Court is directed to enter judgment in favor of plaintiff Brittany Awes-Taylor and against defendant the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 23, 2024

_____
UNITED STATES DISTRICT JUDGE

1